AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the

District of Columbia

| United States of America | ) |
| :---: | :--- |
| v. | ) Case: 1:23-mj-00172 |
|  | ) Assigned to: Judge Meriweather, Robin M. |
| Stephen Ondulich | ) Assign Date: 7/17/2023 |
| DOB: XXXXXX | ) Description: COMPLAINT W/ ARREST WARRANT |
|  | ) |
|  | ) |
| *Defendant(s)* | |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __January 6, 2021__ in the county of _____ in the _____ in the District of __Columbia__, the defendant(s) violated:

| Code Section | Offense Description |
| :--- | :--- |

18 U.S.C. § 1752(a)(1) - Knowingly Entering or Remaining in any Restricted Building or Grounds Without Lawful Authority,
18 U.S.C. § 1752(a)(2) - Disorderly and Disruptive Conduct in a Restricted Building or Grounds,
40 U.S.C. § 5104(e)(2)(D) - Disorderly Conduct in a Capitol Building, and
40 U.S.C. § 5104(e)(2)(G) - Parading, Demonstrating, or Picketing in a Capitol Building.

This criminal complaint is based on these facts:

See attached statement of facts.

☒ Continued on the attached sheet.

_____
*Issuing Officer's signature*

_____
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by telephone.

Date: __07/17/2023__

_____
*Complaintant's signature*

City and state: __Washington, D.C.__   Honorable Robin M. Meriweather
*United States Magistrate Judge*