UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) <br> ) <br> v.  ) <br> **STEPHEN ONDULICH** ) <br> ) <br> **Defendant.** ) <br> _____ ) | No.   23-cr-242 (APM) |

## ORDER

Before the Court is an Unopposed Motion to Modify Conditions of Release to remove the condition that he be subject to location monitoring. For the reasons set forth therein, it is hereby

**ORDERED** that the motion is **granted** and it is further **ORDERED** that Stephen Ondulich's Conditions of Release be modified to no longer require him to be subject to location monitoring.

DATE:

_____
Amit P. Mehta
United States District Judge