**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | |
| | : | |
| v. | : | Case No. 23-CR-242 (APM) |
| | : | |
| **STEPHEN ALEXANDER ONDULICH,** | : | |
| | : | |
| **Defendant.** | : | |

**JOINT MOTION TO CONTINUE STATUS CONFERENCE**

The United States of America and defendant Stephen Alexander Ondulich jointly move to continue the status conference in this case that is scheduled for October 24 at 9:00 AM. The government is reviewing evidence in this case, and the parties are productively discussing a potential plea agreement. To facilitate this work, the parties ask that the status conference be continued for two weeks, or whenever is convenient for the Court. The parties may have reached a plea agreement by then.

The parties also ask that time under the Speedy Trial Act be tolled until the next status conference. Consistent with that statute, the parties believe that the ends of justice will be served by doing so, and the interests of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In particular, a continuance will facilitate the parties' negotiations towards a plea agreement, which is a permissible basis under which to exclude time under the Act. *See, e.g.*, *United States v. Zaitar*, 858 F. Supp. 2d 103, 109 (D.D.C. 2012) (noting that a continuance was granted under the Speedy Trial Act's "ends of justice" analysis to facilitate plea negotiations); *United States v. Hines*, 694 F.3d 112, 115 (D.C. Cir. 2012) (same).

Of course, if the Court would prefer to meet with the parties tomorrow for any reason, the Government and Mr. Ondulich are available to do so.

|  | Respectfully submitted, |
|---|---|
| A.J. KRAMER<br>FEDERAL PUBLIC DEFENDER | MATTHEW M. GRAVES<br>UNITED STATES ATTORNEY<br>D.C. Bar Number 481052 |
| By: /s/ Maria N. Jacob<br>Assistant Federal Public Defender<br>Office of the Federal Public Defender<br>625 Indiana Avenue, N.W., Suite 550<br>Washington, D.C. 20004 | By: /s/ Brendan Ballou<br>Brendan Ballou<br>DC Bar No. 241592<br>Special Counsel<br>United States Attorney's Office<br>601 D Street NW<br>Washington, DC 20001<br>(202) 431-8493<br>brendan.ballou-kelley@usdoj.gov |