UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| UNITED STATES OF AMERICA : | |
| : | |
| v. : | Case No. 23-CR-242 (APM) |
| : | |
| STEPHEN ALEXANDER ONDULICH, : | |
| : | |
| Defendant. : | |

### JOINT MOTION TO VACATE STATUS CONFERENCE AND SCHEDULE CHANGE OF PLEA HEARING

Stephen Alexander Ondulich, with the consent of the United States, jointly move to vacate the status conference in this case that is scheduled for November 9, 2023, at 8:45 AM and request that the Court schedule a plea hearing. The parties have reached a pre-trial resolution that contemplates a misdemeanor guilty plea. As such, the parties request that the Court schedule a remote plea hearing given the fact that Mr. Ondulich resides in Pennsylvania. The parties request that a plea hearing be scheduled in a few weeks to allow the government to prepare plea paperwork and to allow Mr. Ondulich time to review.

The parties also ask that time under the Speedy Trial Act be tolled until the plea hearing scheduled in this matter. Consistent with that statute, the parties believe that the ends of justice will be served by doing so, even if such action outweigh the best interest of the public and the defendant in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A). In particular, a continuance will facilitate the parties' negotiations towards a plea agreement, which is a permissible basis under which to exclude time under the Act. *See, e.g.*, *United States v. Zaitar*, 858 F. Supp. 2d 103, 109 (D.D.C. 2012) (noting that a continuance was granted under the Speedy Trial Act's "ends of justice" analysis to facilitate plea negotiations); *United States v. Hines*, 694 F.3d 112, 115 (D.C. Cir. 2012) (same).

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

_____/s/_____
Maria N. Jacob
Assistant Federal Public Defender
D.C. Bar No. 1031486
625 Indiana Ave. NW, Ste. 550
Washington, D.C. 20004
(202) 208-7500
Maria_jacob@fd.org