### UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | |
| | **:** | |
| **v.** | **:** | **Case No. 23-CR-242 (APM)** |
| | **:** | |
| **STEPHEN ALEXANDER ONDULICH,** | **:** | |
| | **:** | |
| **Defendant.** | **:** | |

### UNOPPOSED MOTION TO CONTINUE SENTENCING

Stephen Ondulich, through counsel, respectfully requests that the Court grant a brief continuance of the currently scheduled sentencing date of April 19, 2024. Mr. Ondulich requests that the Court continue this sentencing date to anytime from April 24-26, 2024, due to his work schedule.

Mr. Ondulich is currently employed as an equipment operator, which requires him to work several weeks straight with little time off. He does not have control over his schedule and is told which weeks he is on or off. Mr. Ondulich recently received his work schedule for the month of April and is scheduled to work on April 19, however will be off from April 24-26. For this reason, Mr. Ondulich respectfully requests that the Court grant this request to move his sentencing date from April 19 to anytime during April 24-26 if the Court is available during that time frame.

Counsel has conferred with government counsel, who has no objection to this request.

Respectfully submitted,

A.J. KRAMER
FEDERAL PUBLIC DEFENDER

By:     s/Maria N.Jacob
        Assistant Federal Public Defender
        Office of the Federal Public Defender

625 Indiana Avenue, N.W., Suite 550
Washington, D.C. 20004