UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | |
| | ) | |
| v. | ) | No.   23-cr-242 (APM) |
| **Stephen Alexander Ondulich** | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

## DEFENDANT'S SENTENCING MEMORANDUM

Stephen Ondulich, by his attorney, Maria N. Jacob, hereby submits the following memorandum in aid of sentencing in this matter.

Mr. Ondulich is a 30 year old hardworking and contributing member of society who made a terrible mistake on January 6, 2021. He is among the least culpable individuals charged thus far in the January 6 events as he was in the Capitol building for only *three minutes* where he did not have any negative confrontations with police, did not live stream what was occurring, did not destroy property and did not encourage violence or destruction of property. Mr. Ondulich also did not enter any sensitive areas.

Based on these reasons and the reasons discussed below, a probationary sentence is appropriate.

The government's recommendation that Mr. Ondulich serve 21 days of jail time in addition to 36 months' probation is far more excessive than necessary to accomplish the goals of sentencing. In addition, the government's disparate

1

treatment of defendants post *Little* will be outlined in a more fulsome response to the government's sentencing memorandum, which is due on April 22, 2024.

## BACKGROUND

Mr. Ondulich entered a guilty plea to two petty offenses, one count of Parading, Demonstrating, or Picketing in a Capitol Building, in violation of 40 USC §5104(e)(2)(G), and one count of Disorderly and Disruptive Conduct in a Restricted Building or Grounds in violation of 40 USC §5104(e)(2)(D).[1] Mr. Ondulich will appear for sentencing on April 24, 2024. He has reviewed the Pre-Sentence Investigation Report and does not have any further objections to its contents.

## ARGUMENT

### I. Legal Standard

The Court is well aware that the Supreme Court's opinions in *Kimbrough v. United States*, 552 U.S. 84 (2007), and *Gall v. United States*, 552 U.S. 38 (2007), have dramatically altered the law of federal sentencing. Congress has required federal courts to impose the least amount of imprisonment necessary to accomplish the purposes of sentencing as set forth in 18 U.S.C. §3553(a). Those factors include (a) the nature and circumstances of the offense and history and characteristics of

---

[1] There is no difference between Mr. Ondulich and the hundreds of other January 6 defendants who pled to a single count of Parading and Picketing other than the timing of when he was charged and a change in government policy regarding petty offense plea agreements in the aftermath of *United States v. Little*, 22-3018 (D.C. Cir. 2023). Based on the government's recommendation, this change in policy seems to be for the sole purpose of attempting to achieve an end around *Little* by requesting jail time one count and probation on another.

2

the defendant; (b) the kinds of sentences available; (c) the advisory guideline range; (d) the need to avoid unwanted sentencing disparities; (e) the need for restitution; and (f) the need for the sentence to reflect the following: the seriousness of the offense, promotion of respect for the law and just punishment for the offense, provision of adequate deterrence, protection of the public from future crimes and providing the defendant with needed educational and vocational training, medical care, or other correctional treatment.  *See* 18 U.S.C. §3553(a).

II. **Imposing a Sentence of Probation is Sufficient, But Not Greater Than Necessary, to Comply with 18.U.S.C. §3553(a).**

   a. **Mr. Ondulich's Personal History and Characteristics**

Mr. Ondulich was born in Rockville, MD and grew up in a hardworking middle class family. His father owned and still owns his own electrical business that operates in Maryland and his mother is still working as a Spanish teacher. Mr. Ondulich has a baby sister who is only 21 years old and who lives in Florida. He remains close with his entire family.

As the Court is already aware, Mr. Ondulich and his family recently lost a very important member of the family, his grandfather, who resided in Mexico and who was very dear to all of them. Mr. Ondulich was greatly affected by his grandfather's passing as he had a close relationship with him.

Growing up, Mr. Ondulich was home-schooled by a program based in Gaithersburg, MD, that allowed his mother to home school him while attending video based courses. He graduated high school through this program but did not go

on to receive higher education. Rather, he continued working for his father's electrical company, something he was doing since he was 14 years old.

After about 10 years of working on and off for his father, Mr. Ondulich went out on his own and obtained a good job opportunity in Pennsylvania with a company called Universal Pressure Pumping – where he does intensive fracking work as an equipment operator. Mr. Ondulich's shifts are grueling – working long days managing a crew. Mr. Ondulich began working for this oil company in July of 2022 and it has been challenging but rewarding for him.

On January 6, 2021, Mr. Ondulich traveled to Washington, D.C. to attend the rally. He had no prior intent to enter the Capitol building.

Since his conduct on that day, Mr. Ondulich has been entirely focused on his employment and has been in perfect compliance with his pre-trial release conditions. In addition to his busy job, he has been a contributing member of a church and has donated his time to community service. *See* Exhibit 1, Letters of Support, Letters from Andrew Brougher and David Helmstadter.

### b.  Nature and Circumstances of the Offense

Wearing a Trump hat, a hoodie, and carrying an American flag, Mr. Ondulich attended a rally on January 6, 2021 - one he was invited to by his former President.

Before January 6, 2021, Former President Trump encouraged millions of ordinary Americans to travel to D.C. to attend the "Stop the Steal" rally, where he would further encourage them to head to the Capitol building to protest the certification of the Electoral College Vote. In what the January 6 Committee tasked

with investigating the events called "The Big Lie," the former President summoned his supporters to travel to D.C. based on claims that the 2020 Presidential election was stolen from him.[2] This proclamation was told over and over to his supporters beginning immediately after the 2020 election results where the former President even falsely declared victory.[3] The former President convinced ordinary Americans, like Mr. Ondulich, who were not experts in election law, that irregularities existed in the voting practices and that the fraud would be uncovered. He held rallies all over the country, repeating these claims and firing up his base of followers.

So, when the former President invited millions of his supporters to travel to D.C. on the same day as the electoral certification, he gave them false hope that their voices could somehow change the electoral certification results and that they could encourage Mike Pence and other Republican leaders to reject the votes from states that had claimed voter fraud. Below are examples of some of the political rhetoric that was spreading through the Trump supporter community prior to January 6, 2021 that came directly from former President Trump:

> WE HAVE JUST BEGUN TO FIGHT!!! – **Tweet from Trump on December 12, 2022**.[4]
>
> A great report by Peter. Statistically impossible to have lost the 2020 Election. Big protest in D.C. on January 6th. Be there, will be wild! –

---

[2] Shivaram, Deepa, *The House Jan. 6 committee releases its final report on the Capitol attack*, NPR, December 22, 2022, available at https://www.npr.org/2022/12/21/1144489935/january-6-committee-full-report-release.

[3] *Id.* at pg. 36 of final report.

[4] Sherman, Amy, *A Timeline of what Trump said before Jan. 6 Capitol riot*, Politifact, The Poyner Insttitute, January 11, 2021, available at https://www.politifact.com/article/2021/jan/11/timeline-what-trump-said-jan-6-capitol-riot/

**Tweet from Trump on December 19**.[5]

The Justice Department and the FBI have done nothing about the 2020 Presidential Election Voter Fraud, the biggest SCAM in our nation's history, despite overwhelming evidence. They should be ashamed. History will remember. Never give up. See everyone in D.C. on January 6th.[6] – **Trump tweet from December 26, 2022**.

If you are planning to attend peaceful protests in D.C. on the 6th, I recommend wearing a body camera. The more video angles of that day the better. – **retweet by Trump on January 3, 2022**.[7]

If the liberal Democrats take the Senate and the White House – and they're not taking this White House – we're going to fight like hell, I'll tell you right now,"…We're going to take it back." – **Trump's words at a rally in Georgia on January 4, 2021.**[8]

If Vice President @Mike_Pence comes through for us, we will win the Presidency. Many States want to decertify the mistake they made in certifying incorrect and even fraudulent numbers in a process NOT approved by their State Legislatures (which it must be). Mike can send it back! - **Tweet from former President Trump at 1:00 am on January 6, 2021.**[9]

So, Mr. Ondulich, like thousands of other Americans who believed in their President, went to support him and his cause on January 6, 2021. Just like the thousands of other individuals who heard the former President direct them to go to the Capitol building after his speech, Mr. Ondulich followed. The Former President, after several minutes of reiterating his claims that the election was stolen, said the following to the crowd (including Mr. Ondulich) on January 6, 2021:

> We will not let them silence your voices. We're not going to let it happen, I'm not going to let it happen…..We're gathered together in

---

[5] *Id.*
[6] *Id.*
[7] *Id.*
[8] *Id.*
[9] *January 6 Report* at 61.

the heart of our nation's capital for one very, very basic and simple reason – to save our democracy....Now, it is up to Congress to confront this egregious assault on our democracy. And after this, ***we're going to walk down, and I'll be there with you***, we're going to walk down…I know that everyone here will soon be marching over to the *Capitol building* to peacefully and patriotically make your voices heard….And they want to recertify their votes…**But the only way that can happen is if Mike Pence agrees to send it back…If not…you will have an illegitimate President.** That's what you'll have. And we can't let that happen…**We must stop the steal** and then we must ensure that such outrageous election fraud never happens again….**And we fight. We fight like hell**. **And if you don't fight like hell, you're not going to have a country anymore…..So we're going to, we're going to walk down Pennsylvania Avenue…And we're going to the Capitol, and we're going to try and give them the kind of pride and boldness that they need to take back our country.. So let's walk down Pennsylvania Ave**.[10]

It is no surprise that the government found social media messages posted by Mr. Ondulich after January 6, 2021, repeating this same rhetoric such as "we took our country back." Notably, however, Mr. Ondulich was not one of the first individuals to arrive when the initial breaches occurred that destroyed a lot of the secured perimeter around the Capitol Grounds – showing that his intent to go to the Capitol Grounds only formed when his President directed the crowd to do so.

When Mr. Ondulich arrived, he still had his American flag and Trump hat, engaged in no violence and did not have negative confrontations with police officers. He entered the Senate Wing Door at approximately 2:32pm (over 15 minutes after

---

[10] Associated Press, *Transcript of Trump's Speech at Rally Before US Capitol Riot*, U.S. News & World Report, Jan. 13, 2021, available at https://www.usnews.com/news/politics/articles/2021-01-13/transcript-of-trumps-speech-at-rally-before-us-capitol-riot (last viewed on Nov. 22, 2022). (emphases added).

7

the entrance had been breached) and left that same door at 2:35pm. He did not try to reenter the Capitol building and went home shortly thereafter.



Besides a few post January 6 messages close in time to the events, Mr. Ondulich has completely detached himself from his conduct on January 6, 2021. Rather he has clearly been focused on his family and his career. Notably, Mr. Ondulich cooperated with the execution of a search warrant in July of 2023, where the FBI found the same items he was wearing on January 6, 2021. He has also timely accepted responsibility by entering a guilty plea and admitting his conduct to the Court and to probation. Mr. Ondulich will also stand before the Court at sentencing and express his remorse.

    c. **The Need to Promote Respect for the Law, Provide Just Punishment, Protect the Community and Provide Adequate Deterrence, and the Need to Avoid Unwanted Sentencing Disparities**

Mr. Ondulich's request for a probationary sentence acknowledges the need to promote respect for the law and provide just punishment. Mr. Ondulich has now been on supervision since October of 2023, and has been in full compliance with his

conditions. He has also been adequately deterred from any future conduct and his likelihood to reoffend is low given his focus on employment, community support, compliance on supervision, and his family support.[11]

Furthermore, probation did not recommend a custodial sentence but rather a probationary sentence, noting that that "any risk to the public posed by defendant would best be addressed by him being under supervision." *See* ECF No. 34. Probation also noted that Mr. Ondulich was "in the Capitol building for a few minutes, there is no evidence that the defendant assaulted law enforcement or destroyed property, and he has been fully compliant on pre-trial supervision." *Id*.

The government completely ignores his success on pre-trial supervision *in this matter* when it focuses on Mr. Ondulich's criminal history from several years ago – which clearly does not inform on his future success on supervision in this matter given his perfect compliance.

Lastly, a sentence of probation is in line with similar past sentences imposed. The Court has no doubt become familiar with the vast amount of January 6 sentencings in the past three years and so counsel will not reiterate what the Court already knows. Below are just a few examples counsel believes are similar to the instant case that shows that a sentence of probation here is warranted:

---

[11] The government, in its sentencing memorandum, suggests that despite Mr. Ondulich being prosecuted for his conduct on January 6, 2021, being a criminal defendant, being surveilled by the FBI for several months, entering a guilty plea, having his liberty restricted while on supervision, and being in the unkind media spotlight - will lead him to view his actions as "yet more crimes he managed to avoid consequences for." This complete lack of disregard for the collateral consequences criminal defendants face should not be credited and will be addressed in a more fulsome response that is forthcoming.

9

(1) *United States v. Kari Kelley,* 1:21-cr-201 (DLF): defendant was sentenced to 36 months' probation. Ms. Kelley was only inside the Capitol building for 16 minutes.

(2) *United States v. Andrew Cavanaugh, 21-cr-362* (APM): defendant sentenced to 24 months' probation. Entered Capitol building through same location as Mr. Ondulich at almost the same time but remained in the building for longer than him. Mr. Cavanaugh was also a hard working individual with family support.

(3) *United States v. Matthew Clark,* 21-cr-218 (APM): defendant also sentenced to 24 months' probation. Like Mr. Ondulich, Mr. Clark was only in the Capitol building for a brief amount of time, 6 minutes. Mr. Clark had an old criminal history but clearly was focused on his career and family after January 6, 2021.

## **CONCLUSION**

For the reasons stated above, Mr. Ondulich respectfully requests that the Court impose a period of probation and no period of incarceration.

        Respectfully submitted,

        A.J. KRAMER
        FEDERAL PUBLIC DEFENDER

        _____/s/_____
        Maria N. Jacob
        Assistant Federal Public Defender

625 Indiana Ave. NW, Ste. 550  
Washington, D.C. 20004  
(202) 208-7500  
Maria_jacob@fd.org